**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: William Matthew Rhodes<br>        Shannon Virginia Rhodes aka<br>Rhodes Trapping Supply<br>                    Debtor(s) | CHAPTER 13<br><br>BKY. NO. 16-70077 JAD |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of LSF9 Master Participation Trust and index same on the master mailing list.

                    Respectfully submitted,

                    /s/ Maria D. Miksich
                    Maria Miksich
                    04 May 2021, 10:59:57, EDT

                    Brian C. Nicholas, Esq. (317240) ☐
                    Maria D. Miksich, Esq. (319383) ☑
                    Rebecca A. Solarz, Esq. (315936) ☐
                    KML Law Group, P.C.
                    BNY Mellon Independence Center
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106
                    412-430-3594
                    bkgroup@kmllawgroup.com