2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-70077-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| William Matthew Rhodes<br>4212 Milligans Cove Road<br>Manns Choice PA 15550 | Shannon Virginia Rhodes<br>4212 Milligans Cove Road<br>Manns Choice PA 15550 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/19/2021.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: LSF9 Master Participation Trust, 13801 Wireless Way, Oklahoma City, OK 73134 | LSF9 Master Participation Trust<br>Serviced by Select Portfolio Servicing,<br>PO Box 65250<br>Salt Lake City, UT 84165 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  05/21/21                                    Michael R. Rhodes
                                                   **CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-70077-JAD |
| William Matthew Rhodes | Chapter 13 |
| Shannon Virginia Rhodes | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: mgut | Page 1 of 2 |
| Date Rcvd: May 19, 2021 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 14244032 | + LSF9 Master Participation Trust, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2021        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James R. Huff, II | on behalf of Debtor William Matthew Rhodes jhuff@sfshlaw.com |
| James R. Huff, II | on behalf of Joint Debtor Shannon Virginia Rhodes jhuff@sfshlaw.com |
| Maria Miksich | on behalf of Creditor LSF9 Master Participation Trust mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard M. Squire | on behalf of Creditor LSF9 Master Participation Trust lcolwell@squirelaw.com  kdiskin@squirelaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-7     User: mgut     Page 2 of 2
Date Rcvd: May 19, 2021     Form ID: trc     Total Noticed: 1
TOTAL: 6